OFFICE OF                                      R-
AUSTIN, TEXAS



PRICE DANIEL
ORNEY GENERAL

April 4, 1947

Hon. R. M. Allen
County Attorney
Rusk County
Henderson, Texas

Dear Sir:                          Opinion No. V-126

                                   Re: Time element involved, if
                                    any, between elections for
                                    annexation of school dis-
                                    tricts to a junior college
                                    district.

        We refer to your letter of recent date acknowledged
by the Attorney General on March 25, 1947, wherein you re-
quested to be advised concerning the time interval required,
if any, between elections for annexation of school districts
to an established junior college district.

        Section 21 of Article 2815h, V.C.S., provides that
common or independent school districts may be annexed to a
junior college district for junior college purposes only by
an election held in accordance with the provisions of Section
2 of Article 2815h, V.C.S.

        The terms of Section 2 or Section 21 of Article
2815h do not designate that any particular time element shall
intervene between elections to annex school districts to a
junior college district. Nor does the language used justify
any implication of such legislative intent. You are accord-
ingly advised.

SUMMARY

        Article 2815h, Sections 2 and 21, V.C.S.,
        do not provide that any time shall intervene
        between elections to annex common or independent
        school districts to a junior college district,

nor does the language used therein justify any
implication of such legislative intent.

Very truly yours

ATTORNEY GENERAL OF TEXAS

By (Signed) Chester E. Olli:
Assistant

CEO:djm:jrb


APPROVED APR. 4, 1947
/s/ Price Daniel
ATTORNEY GENERAL OF TEXAS